**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**District Judge Gordon P. Gallagher**

Civil Action No. 26-cv-02848-GPG

RAFAEL FEDERICO MARIN,

Petitioner,

v.

JUAN BALTAZAR,
*in his official capacity as Warden of the Denver Contract Detention Center*
GEORGE VALDEZ,
*In his official capacity as Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement,*
MARKWAYNE MULLIN,
*Secretary, U.S. Department of Homeland Security, in his official capacity,*
DAVID VENTURELLA,
*Acting Director of Immigration and Customs Enforcement, in his official capacity,*
TODD BLANCHE,
*Acting Attorney General, U.S. Department of Justice, in his official capacity*

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 9] entered on August 21, 2026, by United States District Judge Gordon P. Gallagher and supplemented by the Joint Status Report [D. 12] filed on August 31, 2026 by Respondents, it is

ORDERED that Respondents have complied with the Order [D. 12] and Petitioner was denied bond. It is further

ORDERED that judgment is entered in favor of Respondents and against Petitioner. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 14th day of September 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By: s/D. Clement
Deputy Clerk